IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| ENRIQUE E. QUINTANA, #15321-035 | § | |
| VS. | § | CIVIL ACTION NO. 6:18cv191 |
| | | CRIM NO. 6:11cr25 |
| UNITED STATES OF AMERICA | § | |

ORDER OF DISMISSAL

Movant Enrique Quintana, a federal prisoner confined at the United States Penitentiary in Tucson, Arizona, brings this motion to vacate, set aside, or correct his federal sentence pursuant to 28 U.S.C. § 2255. The motion was referred to the United States Magistrate Judge, the Honorable Judge John D. Love, for findings of fact, conclusions of law, and recommendations for disposition of the case.

The court has conducted a careful *de novo* review of record and the Magistrate Judge's proposed findings and recommendations. *See* 28 U.S.C. §636(b)(1) (District Judge shall "make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made."). Upon such *de novo* review, the court has determined that the Report of the United States Magistrate Judge is correct and Movant's objections are without merit. Accordingly, it is

**ORDERED** that Movant's objections, (Dkt. #18), are overruled and the Report of the Magistrate Judge, (Dkt. #9), is **ADOPTED** as the opinion of the District Court. It is also

**ORDERED** that the above-styled civil action is **DISMISSED** with prejudice. Moreover, it is

**ORDERED** that Movant Quintana is **DENIED** a certificate of appealability *sua sponte*. Finally, it is

1

**ORDERED** that any and all motions which may be pending in this civil action are hereby **DENIED**.

**SIGNED** this the 4 day of **April, 2019.**

_____
Thad Heartfield
United States District Judge